# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

In re

**Robert Matthew Graciano, Jr.**

                      Debtor(s).

Case No.

## VERIFICATION OF MASTER ADDRESS LIST

       I (we) declare under penalty of perjury that the Master Address List submitted for filing in this case is a true, correct, and complete listing.

       I (we) acknowledge that the accuracy and completeness of the Master Address List is the shared responsibility of the debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any.

       I (we) further acknowledge that the Court will rely on the Master Address List for all mailings, and that the various schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure will not be used for mailing purposes.

DATED:    June 9, 2016                          /s/ Robert Matthew Graciano, Jr.
                                                                        Debtor's Signature

Submit this form and your Master Address List to one of the following addresses:

**Sacramento Division**
501 I Street, Suite 3-200
Sacramento, CA 95814

**Modesto Division**
**Mailing Address:**
501 I Street, Suite 3-200
Sacramento, CA 95814

**Physical Address:**
1200 I Street, Suite 4
Modesto, CA 95354

**Fresno Division**
2500 Tulare Street, Suite 2501
Fresno, CA 93721

EDC 2-100    (Rev. 7/15/14)

```
Robert Matthew Graciano, Jr.

Diversified Consultants, Inc.
P.O. Box 551268
Jacksonville, FL 32255

Exeter Finance Corp.
P.O. Box 166008
Irving, TX 75016

Finex Group
1394 Tully Road, Suite 207
San Jose, CA 95122

IRS - Internal Revenue Service
Post Office Box 7346
Philadelphia, PA 19101-7346

Kimberly Brown
c/o Law Offices of Vincent J. Scotto III
700 S. Claremont Street, Suite 101
San Mateo, CA 94402

Sprint
Customer Service
P.O. Box 8077
London, KY 40742
```